IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                 Civil No.   12-cv-127-DRH-SCW

TERRI G. RAY and GENE RAY,

    Defendants.

## ORDER

It appearing to the Court that the mortgage indebtedness due the United States has been paid in full, and that the foreclosure proceedings are now moot.

WHEREFORE, it is ordered that the Judgment Decree and Order Directing Sale of Mortgaged property entered in this matter on October 25, 2012, be, and the same is hereby, **vacated**, and that the foreclosure proceedings be, and the same are, hereby dismissed as moot.

**Dated: January 22, 2013**

Digitally signed by David R. Herndon
Date: 2013.01.22 10:10:32 -06'00'

**Chief Judge**
**United States District Court**